# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

PHUONG HO TRAN,

               Petitioner,

    v.

D. MARIN, *et al.*,

               Respondents.

Case No. 5:26-cv-02201-RGK-RAO

**JUDGMENT**

    Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

    IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

    IT IS SO ORDERED.

DATED: 5/8/2026

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE